[No. 23133-0-III.  Division Three.  September 20, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE C. REYES, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-03852-1, Robert D. Austin, J., entered June 28, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[No. 23327-8-III.  Division Three.  September 20, 2005.]

ROSE SMITH ET AL., *Appellants*, v. SACRED HEART MEDICAL CENTER, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-03660-3, Robert D. Austin, J., entered August 6, 2004. *Affirmed* by unpublished opinion per Sweeney, A.C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 23458-4-III.  Division Three.  September 20, 2005.]

THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*, v. LYNDA J. FAHLGREN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-07932-9, Michael P. Price, J., entered September 20, 2004. *Reversed* by unpublished opinion per Kato, C.J., concurred in by Kurtz and Brown, JJ.

[No. 53588-9-I.  Division One.  September 26, 2005.]

SEATTLE GARCIA'S RESTAURANT PARTNERSHIP, *Appellant*, v. FIR ASSOCIATES ET AL., *Respondents*.

Appeal from judgments of the Superior Court for King County, No. 02-2-15723-8, Jay V. White, J., entered August 19 and December 11, 2003. *Affirmed in part* and *remanded* by unpublished opinion per Grosse, J., concurred in by Kennedy and Becker, JJ.